UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM J. CARLSON, <br><br>  Plaintiff, <br><br> v. <br><br> MICHAEL ASTRUE, Commissioner of the Social Security Administration, <br><br>  Defendant. | Case No. C10-1222-RAJ-BAT <br><br> **REPORT AND RECOMMENDATION** |

Adam J. Carlson brought an action seeking review of the denial of his application for disability insurance benefits and supplemental security income by the Commissioner of the Social Security Administration. Dkt. 3. The parties stipulate the case should be remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Dkt. 17.

Specifically, the parties stipulate that on remand, the Administrative Law Judge shall consider all of the medical opinions and reassess plaintiff's residual functional capacity, specify all of plaintiff's limitations consistently and as they apply to work-related functioning, inquire of the vocational expert about the consistency of testimony with the DOT and elicit explanations for any inconsistencies. The ALJ will perform any further development and conduct any further proceedings deemed necessary.

The ALJ and plaintiff may also raise and pursue additional issues, including any discussed

REPORT AND RECOMMENDATION – 1

in plaintiff's brief.  The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g), and that plaintiff will be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

Having reviewed the pleadings and the administrative record, the Court recommends the case be **REVERSED** and **REMANDED** for further administrative proceedings as set forth above.  As the parties stipulate to remand, the Court recommends if this recommendation is adopted, that it be approved immediately.  A proposed order accompanies this Report and Recommendation.

DATED this 14th day of January, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION – 2